IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID MILLER                                                                   PLAINTIFF
ADC #146453

v.                          No. 4:24-cv-959-DPM

CHRISTOPHER YETMAR, Detective,
Little Rock Police Department                                        DEFENDANT

JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2024